**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| _____ ) | CHAPTER 7 | |
| ) | | |
| SUSAN J. ALLEN ) | CASE NO. 22-30067(AMN) | |
| ) | | |
| Debtor ) | DECEMBER 18, 2023 | |
| _____ ) | | |

## CHAPTER 7 TRUSTEE'S STATUS REPORT

TO THE HONORABLE ANN M. NEVINS, Chief United States Bankruptcy Judge:

Now comes Kara S. Rescia, Chapter 7 Trustee of the Bankruptcy Estate of Susan J. Allen (the "Trustee") and hereby respectfully provides the following status report pursuant to the Order issued by the Court as Doc. Id. 32 entered on December 11, 2023 which required the Trustee to file a status report as to what steps remain before the Trustee can complete administration of this Bankruptcy Estate. Accordingly, the Trustee represents as follows:

1.  On February 11, 2022 (the "Petition Date"), the Debtor, Susan J. Allen (the "Debtor") filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. On that date, Kara S. Rescia was duly appointed the Chapter 7 Trustee of this bankruptcy estate and is currently serving in that capacity.

2.  The Trustee's investigation of the Debtor's financial affairs revealed that the Bankruptcy Estate may hold certain claims arising from a transaction involving the Debtor and EK Real Estate Fund I, LLC d/b/a EZ Knock ("EZ Knock") related to the Debtor's interest in the real estate located at 57 Broadview Terrace, Meriden, Connecticut (the "Real Estate"). The Trustee contends that, among other things, within the two years preceding the Petition Date, EZ Knock may have received the Debtor's interest in the Real Estate in exchange for less than reasonably equivalent value at a time when the Debtor was insolvent or was rendered insolvent as a result of the transfer (the "Fraudulent Transfer Claim").

3.  On November 10, 2022, this Court entered an Order after hearing held (Doc. Id. 29) approving the Application to employ Rescia Law, P.C. as Special Counsel to represent the Trustee in her pursuit of the Fraudulent Transfer Claim ("Special Counsel").

4.  Rescia Law, P.C. and the Trustee continued their investigation into the potential claims which might be administered, during which it came to the Trustee's attention that there were two other cases with substantially similar facts and legal issues involving EZ Knock, one which was pending in the Bridgeport Division, as well as a third case which is currently pending before the Hartford Division as *In re Alan E. Waskowicz*, Case No. 23-20091. It is now apparent to the Trustee that any litigation which could be undertaken to benefit the Bankruptcy Estate will be complex.

5.  The Trustee has been fact gathering and negotiating with counsel for EZ Knock over an extended period of time. However, counsel for EZ Knock has recently stopped responding to Trustee's counsel. Therefore, the Trustee expects to file an adversary proceeding in the near future to preserve the Bankruptcy Estate's rights and pursue the Fraudulent Transfer Claim, unless a proposed resolution, subject to Bankruptcy Court approval, is reached with EZ Knock.

6.  Throughout this extended period of time, the Trustee has communicated with the Debtor, through counsel, to ensure that the Debtor's rights and interests are protected.

7.  Accordingly, the Trustee anticipates that either an adversary proceeding or motion to approve a proposed compromise will be filed with the next few months.

KARA S. RESCIA, CHAPTER 7 TRUSTEE
OF THE BANKRUPTCY ESTATE OF
SUSAN J. ALLEN

By   /s/ Kara S. Rescia
    Kara S. Rescia, Trustee
    Rescia Law, P.C.
    5104A Bigelow Commons
    Enfield, Connecticut 06082
    Tel: (860) 452-0052
    Email: kara@ctmalaw.com
    Dated: December 18, 2023